IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEN CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF IAN PARKINSON,<br><br>    Defendant. | Case No. CV 18-6452 ODW (MRW)<br><br>**JUDGMENT** |

    Pursuant to the Order Granting Summary Judgment,

    IT IS ADJUDGED that the defense's unopposed motion for summary judgment is granted.

DATE: December 17, 2019

                                        HON. OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE